[No. 28242-2-III. Division Three. December 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNARD D. MILLYARD, *Petitioner*.

 *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 28686-0-III. Division Three. December 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN L. WATSON, *Appellant*.

*Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 63014-8-I. Division One. December 27, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN RICHARDSON, *Appellant*.

*Affirmed in part* and *remanded with instructions* by unpublished opinion per Spearman, J., concurred in by Grosse and Schindler, JJ.

[No. 63268-0-I. Division One. December 27, 2010.]

*In the Matter of the Detention of* JAMES R. TAYLOR, *Petitioner*.

*Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Cox, J.